ANGELA M. ALIOTO (SBN 130328)
JORDANNA THIGPEN, Of Counsel (SBN 232642)
ANGELA MIA VERONESE (SBN 269942)
**LAW OFFICES OF JOSEPH L. ALIOTO**
**AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA  94111-2104
Telephone: (415) 434-8700
Facsimile: (415) 438-4638
Email: jgt@aliotolawoffice.com
Email: amv@aliotolawoffice.com
*Attorneys for Plaintiffs*

DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
MATTHEW K. YAN, State Bar #257918
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248
E-Mail: matthew.yan@sfcityatty.org
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION LOCAL 261, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:22-CV-02215-LB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: January 19, 2023<br>Time:         9:30 a.m.<br>Judge:        Hon. Laurel Beeler<br>Location:     Courtroom B, 15th Floor<br>              450 Golden Gate Ave<br>              San Francisco, CA<br><br>Date Action Filed:    December 6, 2021<br>Trial Date:           TBD |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-10.

1. **MOTIONS**

Plaintiffs do not anticipate filing any motions.

Defendant does not anticipate bringing any additional motions aside from a likely motion for summary judgment.

2. **AMENDMENT OF PLEADINGS**

The parties do not anticipate amending any pleadings at this time.

3. **DISCLOSURES**

The parties have completed their initial disclosures and document productions.

4. **DISCOVERY**

The Parties are still reviewing the documents produced during the initial disclosure process, and have not yet commenced formal discovery. They intend to do so in the coming months.

5. **RELATED CASES**

Plaintiff Local 261 has filed a PERB charge concerning one element of the case. The charge is currently on abeyance pending settlement negotiations.

6. **SETTLEMENT AND ADR**

They parties conducted a pre-settlement telephonic conference with Magistrate Judge Westmore on September 6, 2022. The Parties are set to conduct a further telephonic conference with Judge Westmore on February 8, 2023.

Dated: January 12, 2022

           ANGELA M. ALIOTO
           JORDANNA THIGPEN
           ANGELA MIA VERONESE
           **LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

           By:   s/ *Jordanna G. Thigpen*
                JORDANNA G. THIGPEN

           *Attorneys for Plaintiffs*
           LABORERS INTERNATIONAL UNION LOCAL 261, THERESA FOGLIO-RAMIREZ, and JUAN RIVERA

Dated: January 12, 2023

           DAVID CHIU, City Attorney
           JONATHAN C. ROLNICK, Chief Labor Attorney
           MATTHEW K. YAN, Deputy City Attorney
           **OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO**

           By: s/ Matthew K. Yan
               MATTHEW K. YAN

           *Attorneys for Defendant*
           CITY AND COUNTY OF SAN FRANCISCO

## **ATTESTATION OF E-FILED SIGNATURE**

I, Matthew K. Yan, am the ECF User whose ID and password are being used to file this **JOINT CASE MANAGEMENT STATEMENT**. In compliance with Local Rule 5-1(i)(3), I attest that Jordanna G. Thigpen has read and approved this pleading and consents to its filing in this action.

Dated:  January 12, 2023

>DAVID CHIU
>City Attorney
>JONATHAN C. ROLNICK
>Chief Labor Attorney
>Matthew K. Yan
>Deputy City Attorney
>
>By: */s/ Matthew K. Yan*
>MATTHEW K. YAN
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO