DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
MATTHEW K. YAN, State Bar #257918
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:    (415) 554-4248
E-Mail:       matthew.yan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION LOCAL 261, on behalf of itself and its members, THERESA FOGLIO-RAMIREZ, JUAN RIVERA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:22-cv-02215-LB<br><br>**DEFENDANT'S STATEMENT RE: SETTLEMENT CONFERENCE AND SCHEDULING**<br><br><u>Case Management Conference</u><br>Hearing Date:    May 18, 2023<br>Hearing Judge:   Hon. Laurel Beeler<br>Time:            9:30 a.m.<br>Place:           Courtroom B, 15th Floor<br><br>Date Action Filed:<br>SFSC - Original Complaint:  December 6, 2021<br>SFSC - FAC:                 February 8, 2022<br>Trial Date:                 October 23, 2023 |

1
DEFENDANT'S STATEMENT RE: SETTLEMENT AND SCHEDULING
CASE NO. 3:22-cv-02215-LB

q:\images\local 261 v ccsf_220598 see rivera 220598\pleadings\usdc pleadings\_to file\2023-05-11 statement_re_settlement_conf.docx

Pursuant to the Order of the Court dated April 28, 2023 (Dkt. No. 34), Defendant City and County of San Francisco (the "City") hereby submits the following statement to the Court:

The City has made multiple attempts to contact Angela Alioto and Jordanna Thigpen, counsel for Plaintiffs, in an effort to coordinate a joint statement, but has received no response. Thus, the City hereby submits this <u>separate statement</u> as ordered by the Court.

**Call with Judge Westmore.** On May 1, 2023, the Parties jointly emailed Magistrate Judge Kandis Westmore to schedule a settlement conference call. Judge Westmore's Courtroom Deputy advised the Parties that the judge was "completely unavailable for a telephonic conference for the next two weeks." After a further exchange, the Deputy scheduled the Parties for a call with Judge Westmore on August 15, 2023, at 11:00 a.m.—the earliest date on which Judge Westmore and the Parties were all available. Because of Judge Westmore's schedule, the Parties have been unable to comply with the Court's order to complete this call before today.

**Proposed scheduling changes.** The Parties have had preliminary settlement discussions and believe this matter can either be settled in full or in significant part, particularly as Plaintiff Laborers International Union Local 261 ("Union") has already withdrawn all administrative charges and grievances against the City on the same issue. However, Plaintiffs' counsel has not yet responded to requests from the City to discuss the terms of that potential settlement.

In order to facilitate a settlement without incurring excessive litigation costs or using unnecessary judicial resources, the City proposes that the Court's deadlines be adjusted as follows:

- Last day for non-expert depositions:    11/26/2023
- Expert disclosures due:    1/31/2024
- Disclosure of rebuttal experts:    2/21/2024
- Last day for expert discovery:    3/31/2024
- Last MSJ hearing date:    5/31/2024
- Trial:    6/30/2024

2
DEFENDANT'S STATEMENT RE: SETTLEMENT AND SCHEDULING
CASE NO. 3:22-cv-02215-LB

q:\images\local 261 v ccsf_220598 see rivera 220598\pleadings\usdc pleadings\_to file\2023-05-11 statement_re_settlement_conf.docx

///

Dated: May 11, 2023

Respectfully submitted,

DAVID CHIU
City Attorney
JONATHAN C. ROLNICK
Chief Labor Attorney
MATTHEW K. YAN
Deputy City Attorney


By: */s/ Matthew K. Yan*
    MATTHEW K. YAN

Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3

DEFENDANT'S STATEMENT RE: SETTLEMENT AND SCHEDULING
CASE NO. 3:22-cv-02215-LB

q:\images\local 261 v ccsf_220598 see rivera 220598\pleadings\usdc pleadings\_to file\2023-05-11 statement_re_settlement_conf.docx